THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
AUG 2 6 2022
PER _____
DEPUTY CLERK

| | |
|---|---|
| SANFORD WILLIAMS, JR., | : |
| Petitioner, | : 3:20-CV-2449 |
| v. | : (JUDGE MARIANI) |
| | : (Magistrate Judge Mehalchick) |
| KEVIN R. WINTER, *et al.*, | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 26th DAY OF AUGUST, 2022, upon review of Magistrate Judge Karoline Mehalchick's Report and Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** based on this Court's determination that Petitioner's claims are not cognizable in a habeas proceeding and, to the extent the Court were to deem any of the claims as properly the subject of a habeas motion, those claims fail as a matter of law.

2. Sanford Williams, Jr.'s Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge